AO91 (Rev. 12/03)   Criminal Complaint                                                                                          AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** <br><br> Eduardo Israel AVILA-Gonzalez <br> AKA Eduardo AVILA-Gonzalez <br> IAE A093 333 999 <br> Guatemala 1984 | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:12-po-04628 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about __July 21, 2012__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

**Eduardo Israel AVILA-Gonzalez was encountered by Border Patrol Agents near Alton, Texas on July 25, 2012.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on July 21, 2012, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Solis, Jesus  Border Patrol Agent
Signature of Complainant

Solis, Jesus    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 27, 2012                                                                                 at   McAllen, Texas
Date                                                                                                     City/State

Dorina Ramos            U.S. Magistrate Judge                       _____
    Name of Judge           Title of Judge                                         Signature of Judge